IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**RODERICK GREER TALLEY**  **PLAINTIFF**

vs.   CIVIL ACTION No.: 3:23-CV-252-HTW-LGI

**JACKSON STATE UNIVERSITY,**
**ERIC STANTON in his individual and official capacity,**
**SHIVON JORDAN in her individual and official capacity,**
**JOSEPH BRADLEY in his individual and official capacity,**
**HERMAN HORTON in his individual and official capacity,**
**LAQUALA DIXON, in her individual and official capacity, and**
**ELTEASE MOORE in her individual and official capacity**  **DEFENDANTS**

## FINAL JUDGMENT

This court entered on this day its Order dismissing Plaintiff Roderick Greer Talley's Complaint without prejudice.

For the reasons stated in this court's previous Order, which Order is incorporated herein by reference, this court finally dismisses this lawsuit without prejudice, with the parties to bear their own costs.

SO ORDERED this the 28th day of April, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

1